# United States District Court
### for the
### Western District of New York



In the Matter of the Search of

*(Briefly describe the property to be searched or identify the person by name and address.)*

Email account vzoppolo@hotmail.com, located on computer systems owned, maintained, and/or operated by Microsoft Corporation located at 1065 La Avenida, SVC4/1120, Mountain View, CA 94043, more further described in Attachment A.

Case No. 18-MJ- 4045

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Western District of New York *(identify the person or describe the property to be searched and give its location):* Email account vzoppolo@hotmail.com, located on computer systems owned, maintained, and/or operated by Microsoft Corporation located at 1065 La Avenida, SVC4/1120, Mountain View, CA 94043, more further described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

See Attachment B, Schedule of Items to be Seized, which attachment is incorporated by reference as if fully set forth herein, all of which are fruits, evidence and instrumentalities of a violation of Title 18, United States Code, Section 1343.

**YOU ARE COMMANDED** to execute this warrant on or before ___May 4, 2018___
*(not to exceed 14 days)*

☐   in the daytime 6:00 a.m. to 10:00 p.m.     ☒   at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>Hon. Marian W. Payson.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days *(not to exceed 30).*     ☐ until, the facts justifying, the later specific date of _____.

The search shall be conducted in accordance with the protocol set in the attached Addendum.

Date and time issued:   <u>April 20 2018, at 10:35 am</u>        <u>Marian W Payson</u>

*Judge's signature*

City and State:       <u>Rochester, New York</u>       Hon. Marian W. Payson, U.S. Magistrate Judge

*Printed name and Title*

## Return

| Case No.: 18-MJ-4045 | Date and time warrant executed: 4/20/2018 2:16PM | Copy of warrant and inventory left with: N/A |
|---|---|---|

Inventory made in the presence of:
N/A, served electronically

Inventory of the property taken and name of any person(s) seized:
Email content of vzoppolo@hotmail.com.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/13/2018

_Executing officer's signature_

Special Agent Meredith McClarity
_Printed name and title_