IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA,

-v-

18-MJ-4045

In the matter of the search of
email account vzoppolo@hotmail.com, located on
computer systems owned, maintained, and/or operated
by Microsoft Corporation located at 1065 La Avenida,
SVC4/1120, Mountain View, CA 94043

## GOVERNMENT'S MOTION TO EXTEND SEALING ORDER

**THE UNITED STATES OF AMERICA**, by and through its attorney, James P. Kennedy, Jr., United States Attorney for the Western District of New York, Craig R. Gestring, Assistant United States Attorney, of counsel, hereby move the Court for an Order extending the period of sealing for the search warrant, search warrant application and affidavit in support of the search warrant application for the email account referenced above from July 19, 2018 to October 17, 2018.

On April 20, 2018, the Court authorized the issuance of a search warrant for the above-referenced email account. That same day, the Court issued an Order, directing that the search warrant, search warrant application and affidavit in support of the search warrant application for the premises be filed under seal.

Due to the sensitive law enforcement information that will be disclosed in the absence of the continued sealing of the search warrant application and the search warrant referenced

herein, it is respectfully requested that the Court extend its prior sealing Order from July 19, 2018 to October 17, 2018.

Dated: Rochester, New York, July 12, 2018

JAMES P. KENNEDY, JR.
United States Attorney
Western District of New York

BY: _____
CRAIG R. GESTRING
Assistant U.S. Attorney
100 State Street, Suite 500
Rochester, New York 14614
585-399-3900
craig.gestring@usdoj.gov